UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62470-CIV-DIMITROULEAS

LINDA AND MICHAEL MCHUGH, *on behalf*      CLASS ACTION
*of themselves and others similarly situated*,

      Plaintiffs,

v.

MERCANTILE ADJUSTMENT
BUREAU, LLC.

      Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of the District Court of the Southern District of Florida, Plaintiffs' Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Plaintiffs hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiffs request the Court to retain jurisdiction over this matter until fully resolved. Should Plaintiffs not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiffs request the Court dismiss this case with prejudice at that time.

    Respectfully submitted,
    **LINDA & MICHAEL MCHUGH**

    By:/s/ Aaron D. Radbil
    AARON D. RADBIL (FBN 0047117)
    ALEX D. WEISBERG (FBN: 0566551)
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFFS
    5722 S. Flamingo Rd, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184

                                          (866) 577-0963 fax
                                          aradbil@attorneysforconsumers.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY THAT this Notice was filed on this 31st day of May, 2013, by means of the CM/ECF system which will send notice of electronic filing to the following: Rachel A. Morris, Esq., Dayle M. Van Hoose, Esq. and Kenneth C. Grace, Esq., rmorris@sessions-law.biz, dvanhoose@sessions-law.biz, and kgrace@sessions-law.biz.

                                          /s/ Aaron D. Radbil
                                          Aaron D. Radbil