UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 12-62470-CIV-DIMITROULEAS**

LINDA AND MICHAEL MCHUGH, *on behalf of themselves and others similarly situated*,

    Plaintiffs,

v.

MERCANTILE ADJUSTMENT
BUREAU, LLC.

    Defendant.
_____/

CLASS ACTION

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES now all parties in the above titled action and represents to the Court that this matter, regarding Plaintiffs' claims against Defendant, has been settled amicably, and would request an entry of Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees.

Dated this 18th day of July, 2013.

| | |
|---|---|
| /s/ Aaron D. Radbil | /s/ Rachel A Morris |
| Aaron D. Radbil | Rachel A Morris |
| FBN: 0047117 | FBN: 0091498 |
| Alex Weisberg | Dayle M. Van Hoose, Esq. |
| FBN: 0566551 | FBN: 0016277 |
| Weisberg & Meyers, LLC | Kenneth C. Grace, Esq. |
| 5722 S. Flamingo Rd, Ste. 656 | FBN: 0658464 |
| Cooper City, FL 33330 | Sessions, Fishman, Nathan & Israel, L.L.C. |
| Attorneys for Plaintiffs | 3350 Buschwood Park Drive, Suite 195 |
| | Tampa FL 33618 |
| | Attorneys for Defendant |

2

**CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL**

I, Aaron D. Radbil, certify that a true and correct copy of the foregoing Notice was served via electronic mail on the following: Rachel A Morris, Dayle M. Van Hoose, and Kenneth C. Grace, at rmorris@sessions-law.biz, dvanhoose@sessions-law.biz, kgrace@sessions-law.biz, on July 18, 2013.

By:/s/ Aaron D. Radbil
Aaron D. Radbil
FBN: 0047117
Alex Weisberg
FBN: 0566551
Weisberg & Meyers, LLC
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
Attorneys for Plaintiffs