UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62470-CIV-DIMITROULEAS

LINDA AND MICHAEL MCHUGH, on behalf
of themselves and others similarly situated,

    Plaintiffs,

vs.

MERCANTILE ADJUSTMENT
BUREAU, LLC,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Voluntary Dismissal With Prejudice [DE 23], filed on July 18, 2013.  The Court has carefully considered the Stipulation, notes the signature of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Voluntary Dismissal With Prejudice [DE 23] is **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE**, with the parties bearing their own fees and costs;

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 19th day of July, 2013.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record